IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

QBE INSURANCE CORPORATION and
COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.,         No. 03:13-cv-02255-PK

          Plaintiffs,

   v.

CRESTON COURT CONDOMINIUM,              ORDER
INC., and ASSOCIATION OF UNIT
OWNERS OF CRESTON COURT
CONDOMINIUM, INC.

          Defendants.

HERNANDEZ, District Judge:

     Magistrate Judge Papak issued a Findings and Recommendation (#48) on September 23, 2014, in which he recommends that this Court deny Plaintiffs' motion for summary judgment and grant Defendants' cross-motions for summary judgment. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v.</u>

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [48]. Accordingly, Plaintiffs' motion for summary judgment [16] is denied; Defendant Association's cross-motion for summary judgment [23] and Defendant Creston Court's cross-motion for summary judgment [26] are granted.

IT IS SO ORDERED.

DATED this 1 day of Nov, 2014.

*/s/ Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER